# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MARKS,<br><br>            Plaintiff,<br>   vs.<br>UNITED STATES OF AMERICA,<br>WHITTIER INSTITUTE FOR DIABETES;<br>LISA RIVARD; and DOES 1 through 10 inclusive,<br><br>            Defendants. | CASE NO. 06cv619-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

On January 5, 2007, the parties filed a stipulation of dismissal and proposed order in this case. On December 28, 2006, however, Plaintiff had filed a separate but apparently substantially identical complaint, which was assigned case number 06CV2807. By an order issued January 10, 2007,[1] the new case was reassigned from Judge Thomas Whelan to Judge Larry Burns.

The Court construes the stipulation of dismissal as a joint motion for dismissal without prejudice. The Court **GRANTS** the joint motion, and **DISMISSES** the complaint in this case **WITHOUT PREJUDICE**. All pending case management dates are hereby **VACATED**.

The parties are cautioned that under the e-filing policies and procedures now in force, stipulations are not to be e-filed. *See* Electronic Case Filing Administrative Policies and

---

[1] Docket item number 5 in case number 06CV2807.

1 | Procedures Manual, United States District Court for the Southern District of California,
2 | § 2(f)(4). The proper procedure is to e-file a joint motion. *Id.* Proposed orders are not to be
3 | filed; rather, they should be emailed directly to chambers, but only if requested by the Court.
4 | *Id.*, § 2(h).

**IT IS SO ORDERED**.

DATED: January 12, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge